**IN THE**
**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**
**NO. 26-3031**

---

**MARK LOVELL**

Plaintiff-Appellee

**v.**

**CLERMONT COUNTY, OH SHERIFF'S OFFICE,**

Defendant

**JOSEPH BAILEY; ERIC MULLENIX; GREGORY PAFF; DYLAN PEMBERTON; ALEX TINCHER; TERRA SHOUSE, in their official and individual capacities**

Defendants-Appellants.

On Appeal from:

United States District Court
for the Southern District of Ohio,

Case No. 1:23-cv-00114
Hon. Stephanie K. Bowman

---

# PLAINTIFF-APPELLEE MARK LOVELL'S MOTION TO DISMISS THIS INTERLOCUTORY APPEAL UNDER 6 CIR. RULE 27(D)

---


James Griffin O'Brien
BEY & ASSOCIATES LLC
428 Ray Norrish Drive
Cincinnati, Ohio 45246

Tel: (513) 506-1515
Email: jim@beyandassociates.com

*Counsel for Plaintiff-Appellee Mark Lovell*

Pursuant to 6 Cir. R. 27(d) and for the reasons set forth in his merits brief, Plaintiff-Appellee Mark Lovell respectfully requests that this Court dismiss this interlocutory appeal from the denial of qualified immunity at summary judgment. More specifically, Mr. Lovell suggests that this Court lacks interlocutory appellate jurisdiction to consider any of Defendant-Appellants' three assignments of error, each of which is also procedurally infirm.

WHEREFORE, good cause having been shown, Plaintiff-Appellee Mark Lovell respectfully moves this Court to dismiss this appeal under 6 Cir. R. 27(d).

April 9, 2026

Respectfully Submitted,

*/s/ James G. O'Brien*

James Griffin O'Brien (Ohio 0088640)
BEY & ASSOCIATES LLC
428 Ray Norrish Drive
Cincinnati, Ohio 45246
Tel. (513) 506-1515
Email jim@beyandassociates.com

*Counsel for*
*Plaintiff-Appellee Mark Lovell*

## CERTIFICATE OF COMPLIANCE WITH FRAP 27(d)(2)(A)

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding parts exempted by Fed. R. App. P. 27(a)(2)(B), this document contains **87** words.

This document also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) (invoked by reference in Rule 27(d)(1)(E)) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

April 9, 2026 Respectfully Submitted,

*/s/ James G. O'Brien*
James Griffin O'Brien
BEY & ASSOCIATES LLC

*Counsel for Plaintiff-Appellee Mark Lovell*

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

Brian C. Shrive
CLERMONT COUNTY PROSECUTOR
101 East Main Street, Second Floor
Batavia, Ohio 45103
Phone: 513-732-8178
Fax: 513-732-8171
Email: bshrive@clermontcountyohio.gov

Jeannette E Nichols
CLERMONT COUNTY PROSECUTOR'S OFFICE
101 East Main Street
Batavia, Ohio 45103
Phone: 513-732-7589
Fax: 513-732-8171
Email: jnichols@clermontcountyohio.gov

*Counsel for Defendant-Appellants Joseph Bailey*, *Eric Mullenix*, *Gregory Paff*, *Dylan Pemberton*, *Alex Tincher*, and *Terra Shouse*

Kimberly A Rutowski
HARDIN, LAZARUS & LEWIS, LLC
30 Garfield Place, Suite 915
Cincinnati, Ohio 45202-4322
Phone: 513-721-7300
Fax: 513-721-7008
Email: krutowski@hllmlaw.com

*Counsel for Defendant-Appellants Joseph Bailey*, *Eric Mullenix*, *Gregory Paff*, *Dylan Pemberton*, *Alex Tincher*, and *Terra Shouse*

by filing a copy on the Court's ECF docket on this date.

April 9, 2026

*/s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460)

*Counsel for Plaintiff-Appellee Mark Lovell*